1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  AURORA CERVANTES,                    Case No.    1:14-cv-01292-LJO-SAB

12          Plaintiff,                   **ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

13          vs.

14  DHAMI BALWANT, et al.,

15          Defendants.

16  _____

17          On November 1, 2014, Plaintiff filed a notice of dismissal with prejudice against all defendants

18  pursuant to Federal Rule of Civil Procedure 41(a)(1).   Based upon Plaintiff's notice, this action is

19  dismissed with prejudice in its entirety.

20
    **SO ORDERED**
21  **Dated: November 6, 2014**

22                              **/s/ Lawrence J. O'Neill**
                                **United States District Judge**
23
24
25
26
27
28